IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. DUPONT DE NEMOURS AND COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTERPLAST, INC. )<br>)<br>Defendant. )<br>) | C. A. No._____<br><br><br><br>**JURY TRIAL DEMANDED** |

## FED. R. CIV. P. 7.1 STATEMENT

There is no parent corporation of Plaintiff E. I. du Pont de Nemours and Company and there is no publicly held corporation that owns 10% or more of Plaintiff E. I. du Pont de Nemours and Company's stock.

OF COUNSEL:

Dickerson M. Downing
Maren C. Perry
Alexandra McTague
MORGAN & FINNEGAN, L.L.P.
3 World Financial Center
New York, New York 10281-2101
(212) 415-8700

Dated: August 11, 2005

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Plaintiff*
*E.I. du Pont de Nemours and Company*

694346