IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| E. I. DUPONT DE NEMOURS AND COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | C. A. No. 05-588 (SLR) |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| INTERPLAST, INC., | ) ) ) | |
| Defendant. | ) | |

### AFFIDAVIT OF MAILING

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS: |
| NEW CASTLE COUNTY | ) |

David E. Moore, being duly sworn, deposes and says:

1. I am an attorney admitted to practice before the Supreme Court of the State of Delaware and before the United States District Court for the District of Delaware and am an associate in the law firm of Potter Anderson & Corroon LLP, counsel for E. I. du Pont de Nemours and Company, plaintiff herein.

2. Defendant Interplast, Inc., is a non-resident of the State of Delaware, but is subject to the jurisdiction of this Court pursuant to 10 Del. C. § 3104.

3. On August 16, 2005, I caused to be mailed by registered mail, return receipt requested, a letter to defendant Interplast, Inc., One Hundred Connecticut Drive, Burlington, NJ 08016, informing defendant that process had been served pursuant to 10 Del. C. § 3104 and that such service was effectual, to all intents and purposes as if it had been made on defendant personally, and enclosing a copy of the Summons and

Complaint. On August 18, 2005, the return receipt was received by David E. Moore, Esquire, as evidenced by the return receipt attached as Exhibit A.

Dated this 19th day of August 2005.

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Attorneys for Plaintiff,
E. I. duPont de Nemours and Company

SWORN AND SUBSCRIBED before me the day and year aforesaid.

_____
Notary Public

695710