IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| E. I. DU PONT DE NEMOURS AND COMPANY, INC.<br><br>Plaintiff,<br><br>-against-<br><br>INTERPLAST, INC.<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 05-588<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of James J. Binns, Esq. to represent Interplast in this matter.

Signed: _Alan W. Behringer_
Alan W. Behringer (DE No. 681)
108 Watford Road
Wilmington, DE 19808-1424
(302) 995-1545
Attorney for Interplast, Inc.

Date: October 27, 2005

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____          _____
                                                                United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _James J. Binns_
James J. Binns, Esq.

Date: October 26, 2005
925 Harvest Drive
Suite 300
Blue Bell, PA 19422
(215) 977-1037