UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
-------------------------------------------------------------------- x
E.I. DU PONT DE NEMOURS AND COMPANY,              :

                    Plaintiff,              :

    -against-                                                                     :
                                                 CIVIL ACTION NO.:
INTERPLAST, INC.                                                             :      05-588

                    Defendant.            :

                                                 :
-------------------------------------------------------------------- x

## STIPULATED ORDER OF JUDGMENT

Plaintiff E.I. du Pont Nemours and Company ("DuPont") commenced this action by the filing of a Complaint against defendant Interplast, Inc. on August 11, 2005, alleging that defendant has engaged in acts of trademark infringement, trademark counterfeiting, trademark dilution, unfair competition, and other related causes of action under federal, state and common law arising from the unauthorized use by defendant of the DuPont TEFLON® mark.

Now, pursuant to the stipulation of plaintiff and defendant, and subject to the approval of this Court, it is hereby

ORDERED, ADJUDGED AND DECREED that:

    1.    Defendant is hereby permanently enjoined from and must immediately cease:

    a)    all use and display of the name and mark TEFLON®, as used independently or in combination with other words or designs and any words, names or marks that are confusingly similar thereto ("TEFLON ® Mark") in connection with any of its business activities or to describe or refer to the goods or services it offers for sale, including all use in defendant's advertising and promotional materials;

940152 v1

b) all use and display of the TEFLON ® Mark in connection with any Internet web site or other online platform owned, operated or controlled by defendant including any use on material visible to the user as well as any other use even if not visible to the user, including use in keyword, content or other metatags, html code, links, hypertext or any other text or symbols associated with the website or other online use;

c) engaging in the activity of requesting, inducing or paying the operators of Internet search engines or others providing search capability to Internet users or Internet advertising companies to display references or links to Interplast, its products or services or to any Internet web sites or platforms owned, operated or controlled by Interplast in response to any search conducted by any Internet user for the TEFLON® Mark or any attempt by an Internet user to access a DuPont site by using the TEFLON ® Mark.

2. The above injunctive relief shall be binding on defendant, its officers, agents, servants, employees and attorneys, and upon those persons in active concert or participation with them who receive actual notice of this Order.

3. Defendant shall pay DuPont the sum of fifteen thousand dollars ($15,000) within ten (10) days of the date of this Stipulated Order.

4. This Court has jurisdiction of over the parties and the subject matter of this action.

5. This action is dismissed with prejudice with respect to the acts complained of in the Complaint up to the date of this order.

Dated: 11/21/05

Respectfully submitted,
POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz (#2246)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

OF COUNSEL:
Dickerson M. Downing
Alexandra McTague
MORGAN & FINNEGAN, LLP

- 2 -

940152 v1

3 World Financial Center
New York, NY 10281
(212) 415-8700

(302) 984-6000

Attorneys for Plaintiff
E. I. du Pont de Nemours and Company

By: _____
(James J. Binns)
*Pro hac vice*
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
(215) 977-1037
Attorney for Defendant
Interplast, Inc.

IT IS SO ORDERED THIS _____ DAY OF _____, 2005.

_____
United States District Judge