3 World Financial Center
New York, NY 10281
(212) 415-8700

(302) 984-6000

Attorneys for Plaintiff
E. I. du Pont de Nemours and Company

By: /s/ Alan W. Behringer
Alan W. Behringer
Alan W. Behringer, Esq.
108 Watford Road
Wilmington, DE  19808-1424

By: /s/ James J. Binns
James J. Binns
*Pro hac vice*
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
(215) 977-1037
Attorney for Defendant
Interplast, Inc.

IT IS SO ORDERED THIS _____ DAY OF _____, 2005.

_____
United States District Judge

- 3 -

940152 v1